# EXHIBIT #2

SEP/05/2017/TUE 01:24 PM    Brown St Common          FAX No. 4108605235                    P. 003

  |

## Certificate of Analysis

| PRODUCT NAME | Pterostilbene |
|---|---|
| PART NUMBER | 00016996 |
| STANDARD TYPE | Food Grade Bulk Material |
| LOT NUMBER | ADPEPVSP10020315 |
| REPORT NUMBER | CDXA-RSS-6599-00 |
| DATE OF SAMPLE | 04/30/2015 |
| DATE OF REPORT | 05/04/2015 |

### Structure



CHEMICAL NAMES — 4-(2-(3,5-Dimethoxyphenyl)ethenyl)phenol; 3,5-Dimethoxy-4'-hydroxy-trans-stilbene; 3',5'-Dimethoxy-4-stilbenol

CHEMICAL FORMULA — $C_{16}H_{16}O_3$

MOLECULAR WEIGHT (MW) — 256.30

PUBLISHED MELTING POINT — NA

CHEMICAL FAMILY — Stilbenoids

CAS NUMBER — [537-42-8]

## MANUFACTURER ASSAY

| TEST | METHOD | ANALYTE | SPECIFICATION | RESULT |
|---|---|---|---|---|
| Identity | HPLC (retention time) | Pterostilbene | Conforms | Conforms |
| Purity | HPLC (area%) | Pterostilbene | NLT 98% | 99.5 % |
| Residual Solvents | GC/FID-Headspace | THF | NMT 720 ppm* | ND |
| | | Methanol | NMT 3000 ppm* | 8 ppm |
| | | Toluene | NMT 890 ppm* | 93 ppm |
| | | Ethyl acetate | NMT 5000 ppm* | ND |
| | | Acetone | NMT 5000 ppm* | ND |
| | | Dichloromethane | NMT 600 ppm* | ND |
| | | Hexane | NMT 290 ppm* | 1 ppm |
| Heavy Metals | ICP-OES | Lead | NMT 0.5 ppm | < 0.50 ppm |
| | | Arsenic | NMT 1 ppm | < 0.50 ppm |
| | | Cadmium | NMT 1 ppm | < 0.50 ppm |
| | | Mercury | NMT 1 ppm | < 0.50 ppm |
| Microbial | USP† | Total Plate Count | NMT 1000 CFU/g | 30 CFU/g |
| | | Yeast and Mold | NMT 100 CFU/g | < 10 CFU/g |
| | | E. coli | Absent/10g | Absent/10g |
| Appearance | NA | Color, Form | Off-white to light brown powder | Off-white powder |

†ICH Harmonized Tripartite Guideline: Impurities: Guideline for Residual Solvents, Q3C(R5), Version 4, 04 February 2011 Option 1 Limits. Option 2 limits would need to be calculated if Option 1 limits are not met.

**Result not as precise as specification in instances where ICP-OES data from qualified supplier is used. pTeroPure® pterostilbene is synthetic and no heavy metals have historically been detected by ICP-MS.

10005 Muirlands Blvd., Suite G, Irvine, CA 92618 | Tel: 949.419.0288 | Fax: 949.419.0294

ingredients@chromadex.com | www.chromadex.com

Page 1 of 2

  |
analytics    consulting    ingredients    standards

## Certificate of Analysis

### STORAGE CONDITIONS

| | |
|---|---|
| STORAGE | Room Temperature in a dry place. |
| RE-TEST DATE | 02/2018 under the above conditions. |

Matthew
Moreno

Digitally signed by Matthew Moreno
DN: cn=Matthew Moreno, o=ChromaDex,
Inc., ou=Quality Assurance,
email=matthew@chromadex.com, c=US
Date: 2015.06.15 14:37:32 -07'00'

### REVISION HISTORY

| Revision History | Date of Revision | Document/Changes |
|---|---|---|
| 00 | 05/04/2015 | New report |

10005 Muirlands Blvd., Suite G, Irvine, CA 92618  |  Tel: 949.419.0288  |  Fax: 949.419.0294

Ingredients@chromadex.com  |  www.chromadex.com