UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

IN RE ELYSIUM HEALTH-CHROMADEX         17 Civ. 7394 (CM)
LITIGATION,

————————————————————————x

McMahon, C.J.:

    I have received a letter (Docket #101) from Sean Hecker, Esq., the Kaplan Hecker & Fink law firm, indicating that the firm is coming into this case as counsel for Elysium.

    The letter was sent to alert me to the fact that a partner in that firm, Roberta Kaplan, would be appearing for Elysium in an action pending in the Central District of California – but would not be appearing in this action, because of our close personal relationship.

    As Mr. Hecker noted, I do not routinely recuse my self from Kaplan Hecker matters – I have no relationship with that firm, which was formed many years after I took the bench. But I do routinely recuse myself from matters on which two Kaplan Hecker lawyers (Ms. Kaplan and one of my former law clerks, Kyla Magun) are working.

    If plaintiff believes that Ms. Kaplan's participation in the California action – a separate but not entirely unrelated lawsuit -- creates a problem for my continued oversight of this New York lawsuit, counsel has until the end of the week to weigh in.

Dated: February 3, 2020

_____
Chief Judge