UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :
ELYSIUM HEALTH, INC.,                                :
                                                     :
                          Plaintiff,                 :
                                                     :            17-cv-7394 (LJL)
          -v-                                        :
                                                     :            ORDER
CHROMADEX, INC.,                                     :
                                                     :
                          Defendant.                 :
                                                     :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/10/2020

LEWIS J. LIMAN, United States District Judge:

On February 14, 2020 the Court issued an order (Docket #127) denying Plaintiff's Motion to Seal Documents (Docket #106). It is hereby ordered that the clerk of court unseal document numbers 108 to 112, as per order of the Court.

SO ORDERED.

Dated: March 10, 2020
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge