```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
                                                                  :
                                                                  :
IN RE ELYSIUM HEALTH-CHROMADEX                                    :
LITIGATION                                                        :      17-cv-7394 (LJL)
                                                                  :
                                                                  :      ORDER
                                                                  :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Plaintiff's letter motion for discovery and Defendant's opposition letter. Dkt. Nos. 152, 155. A telephonic conference is hereby scheduled for August 20, 2020 at 9:30 a.m. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

Plaintiff has also moved to redact the letter motion requesting discovery as well as Exhibit N, which was marked confidential by a third party. Defendant takes no position as to these designations. The motion to seal is GRANTED with respect to redaction of Exhibit N, Dkt. No. 152-14, but DENIED with respect to the redaction of the letter motion for discovery, Dkt. No. 152. Plaintiff is directed to publicly file the letter motion without redaction.

The Clerk of Court is respectfully directed to close Dkt. No. 153.

Dated: August 13, 2020
      New York, New York
                                                 LEWIS J. LIMAN
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2020