```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
IN RE ELYSIUM HEALTH-CHROMADEX                                     :
LITIGATION                                                         :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
```

17-cv-7394 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     A post-discovery status conference is scheduled for April 5, 2021 at 2:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

     The Court will consider the motion schedule proposed by the parties at that time. *See* Dkt. No. 179.

SO ORDERED.

Dated: March 31, 2021  
       New York, New York

_____  
LEWIS J. LIMAN  
United States District Judge