UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
: 
: 
: 
: 
: 17-cv-7394 (LJL)
*In re: Elysium Health-ChromaDex Litigation* :
: ORDER
: 
: 
: 
: 
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    For the reasons stated in the Opinions filed by the Court today, the parties' motions for summary judgment and *Daubert* motions are each GRANTED IN PART and DENIED IN PART. In order to preserve the ability of the parties to move the Court for redactions from the Opinions, the Opinions are temporarily filed under seal. The parties shall meet and confer with respect to potential redactions and within one week of the date of this Order, i.e., by February 10, 2022, the parties shall file any proposed redactions pursuant to the Court's Individual Practices. The Court will rule on any outstanding motions to seal at the same time it rules on any proposed redactions to the Opinions.

    SO ORDERED.

Dated: February 3, 2022
       New York, New York

                                                  LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2022