UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
:
:
:
:
:
*In re Elysium Health-ChromaDex Litigation*     :    17-cv-7394 (LJL)
:
:         ORDER
:
:
:
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The parties have filed various motions for certain summary judgment and *Daubert* exhibits to be filed under seal, at Dkt. Nos. 200, 202, 207, 220, 231, 238, 241, 248, 259, 261, 264, 271, and 292. The Court has now held a hearing on the summary judgment motions and *Daubert* motions and issued two opinions. The parties are directed to review the exhibits against the standards set forth in *Lugosh v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny, and, by February 18, 2022, submit a joint letter listing the documents that should still be under seal with no more than one sentence for each exhibit for which confidentiality is sought explaining the basis for the request, addressing whether the information has been publicly disclosed, and addressing whether disclosure at the present time would continue to cause competitive or other serious harm.

       SO ORDERED.

Dated: February 11, 2022
        New York, New York
                                                LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2022