```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
                                                                :
                                                                :
                                                                :
                                                                :
In re Elysium Health-ChromaDex Litigation                       :    17-cv-7394 (LJL)
                                                                :
                                                                :    ORDER
                                                                :
                                                                :
                                                                :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Pursuant to the Court's Opinion and Order at Dkt. No. 349, all remaining claims and counterclaims in this case are DISMISSED with prejudice. The Clerk of Court is respectfully directed to close the case. Any pending motions are dismissed as moot, and all conferences and deadlines are canceled.

    SO ORDERED.

Dated: April 28, 2022  
       New York, New York

                                                      LEWIS J. LIMAN  
                                         United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 04/28/2022